⑦

**NOT FOR PUBLIC VIEW**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|
| IN THE CASE OF | | FOR | S. Dist | MAY 1 2008 | | |
| US v.s. Urias-Urias | | AT | CA | | | |

| PERSON REPRESENTED (Show your full name) | | | DOCKET NUMBERS |
|---|---|---|---|
| Santos Esteban Urias Ureta | 1 ☐ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator | Magistrate<br>08mj 1335<br>District Court | |
| CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor<br>8 USC 1324 | 6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | Court of Appeals | |

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Bricklayer - Culiacan, Sinaloa
- IF YES, how much do you earn per month? $ 360/mo
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
- RECEIVED  SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE  DESCRIPTION
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | Rent | | $ | $ 110 - |
| | Food | | $ | $ 280 - |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/1/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X ___



7CP